SEARCH WARRANT (REV. 3/13)

# UNITED STATES DISTRICT COURT
## for the District of Arizona

*In the Matter of the Search of*
(Briefly describe the property to be searched or identify the person by name and address)

Black Apple Iphone 11 Pro with a Supre case, seized from RICARDO CARO on December 1, 2021.

USAO#: 2021R05807

No. **21-03394MB**

**SEARCH WARRANT**

TO:   Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☐ person or ☒ premises known as *(name, description and/or location)*:

**See Attachment, attached and incorporated by reference herein**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment, attached and incorporated by reference herein**

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

YOU ARE COMMANDED to execute this warrant on or before   **12/23/2021**
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Subscribed and Sworn to telephonically.

**12/8/2021   2:27 p.m.**
*Date & Time Issued*

Tucson, Arizona
*City and State*

*Judge's signature*
Leslie A. Bowman, United States Magistrate Judge
*Printed name and title*

I hereby attest and certify on Dec 09, 2021 that the foregoing document is a full, true and correct copy of the original file in my office and in my legal custody.
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

BY      Carrie Ryan      DEPUTY

Search Warrant Return (Rev. 03/13)

# Return

Case No.: **21-03394MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

# Not Executed

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

# Certification

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

## ATTACHMENT A

## IDENTIFICATION OF ITEM TO BE EXAMINED

The property to be searched, identified hereinafter as the "**Target Device**":

Black Apple Iphone 11 Pro with a Supre case, seized from RICARDO CARO on December 1, 2021.

The Item is currently located at the ATF Tucson Field Office.

# ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

All data on the Item described in Attachment A that relates to violations of 18 USC § 922(a)(6), 18 USC § 554 and 18 USC § 371, by ANTHONY ORTIZ, RICARDO CARO and other co-conspirators both known and unknown to your affiant at this time; including:

a. Any and all data relating to sent and received telephone calls (call history logs);

b. Any and all data related to text messages including incoming and outgoing, forwarded, and draft text messages, with all attachments that accompany the respective text messages;

c. Any and all data related to instant messenger and/or social networking applications including incoming, outgoing, forwarded, and draft instant messages, with all attachments that accompany the respective instant messages, and any profiles of users;

d. Any and all photographs and videos;

e. Any and all voice mail messages;

f. Any and all e-mails;

g. Any numbers stored for speed dial, pager numbers, address book, names, addresses, memos, notes, calendars, to do lists, electronically stored voice recordings, internet history, and/or identifying information and information uniquely identifying the cellular telephone;

h. Any location data to include GPS coordinates stored on cellular telephone.

As used above, the term "data" includes all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage (such as flash memory or other media that can store data) and any photographic form.

# UNITED STATES DISTRICT COURT
## for the District of Arizona

*In the Matter of the Search of*
(Briefly describe the property to be searched or identify the person by name and address)

Black Apple Iphone 11 Pro with a Supre case, seized from RICARDO CARO on December 1, 2021.

USAO#: 2021R05807

No. 21-03394MB

APPLICATION FOR
SEARCH WARRANT

I, Brett M. Adler, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☐ on the person of or ☒ on the premises known as *(name, description and/or location)*:

**See Attachment, attached and incorporated by reference herein**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment, attached and incorporated by reference herein**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violations of 18 U.S.C. §§ 922(a)(6), 554 and 371.

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

ADAM ROSSI
Digitally signed by ADAM ROSSI
Date: 2021.12.07 16:56:33 -07'00'

Reviewed by AUSA Adam D. Rossi
*AUSA printed last name and inked initials*

BRETT ADLER
Digitally signed by BRETT ADLER
Date: 2021.12.08 16:08:55 -07'00'

*Applicant's signature*
Brett M. Adler, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Printed name and title*

Subscribed and Sworn to telephonically.

12/8/2021
*Date*
Tucson, Arizona
*City and State*

*Leslie A. Bowman*
*Judge's signature*
Leslie A. Bowman, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## IDENTIFICATION OF ITEM TO BE EXAMINED

The property to be searched, identified hereinafter as the "**Target Device**":

    Black Apple Iphone 11 Pro with a Supre case, seized from RICARDO CARO on December 1, 2021.

The Item is currently located at the ATF Tucson Field Office.

## ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

All data on the Item described in Attachment A that relates to violations of 18 USC § 922(a)(6), 18 USC § 554 and 18 USC § 371, by ANTHONY ORTIZ, RICARDO CARO and other co-conspirators both known and unknown to your affiant at this time; including:

a. Any and all data relating to sent and received telephone calls (call history logs);

b. Any and all data related to text messages including incoming and outgoing, forwarded, and draft text messages, with all attachments that accompany the respective text messages;

c. Any and all data related to instant messenger and/or social networking applications including incoming, outgoing, forwarded, and draft instant messages, with all attachments that accompany the respective instant messages, and any profiles of users;

d. Any and all photographs and videos;

e. Any and all voice mail messages;

f. Any and all e-mails;

g. Any numbers stored for speed dial, pager numbers, address book, names, addresses, memos, notes, calendars, to do lists, electronically stored voice recordings, internet history, and/or identifying information and information uniquely identifying the cellular telephone;

h. Any location data to include GPS coordinates stored on cellular telephone.

As used above, the term "data" includes all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage (such as flash memory or other media that can store data) and any photographic form.